%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

COLLIGNON, DANIELE (A14-885-673),

V.

ANDREA QUARANTILLO, New York District
Director of the United States
Citizenship and Immigration
Services

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6171

JUDGE DANIELS

TO: (Name and address of Defendant)

Andrea Quarantillo,
New York District Director-U.S.C.I.S
26 Federal Plaza, 11th Floor
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amanda Gray
BRETZ & COVEN, LLP
305 Broadway, Suite 100
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUL 0 2 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

⍰AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 07/09/07 |
| NAME OF SERVER (PRINT) Gardy Maisonneuve | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Fedex
Office of the Chief Counsel, DHS, Washington, DC 20528
Attorney General, Dept. of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530
U.S. Attorney's Office, SDNY, 86 Chambers St., 3rd Fl, NY, NY 10007

Andrea Quarantillo
Dist. Director-USCIS
26 Fed., Plz, 11th Fl
New York, NY 10278

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/9/07
            Date                    *Signature of Server*

BRETZ & COVEN, LLP
*Address of Server*
305 Broadway, Suite 100
New York, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.