UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

COLLIGNON, Daniele (A14-885-673),

                              Plaintiff,                            Civ. No. 07cv 6171

        - against -

ANDREA QUARANTILLO,                                     COMPLAINT
New York District Director of the United
States Citizenship and Immigration Services;

                              Defendant.
--------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemly swear under penalty of perjury:

1.      I am employed in the office of Bretz and Coven, LLP.

2.      On the 9th day of July 2007, I served copies of the within

## COMPLAINT AND SUMMONS IN A CIVIL ACTION

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrea Quarantillo
New York District Director of the U.S.
Citizenship and Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278
Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Fl
New York, NY 10007

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

Dated:          New York, New York
                July 9, 2007

                                        By: _Gardy Maisonneuve_
                                            Gardy Maisonneuve