UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DANIELE COLLIGNON,

              Plaintiff,                  **ECF CASE**

    v.

                                        07 Civ. 06171 (GBD)

QUARANTILLO, ET AL. ,

              Defendants.             NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         July 24, 2007

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                               By:           /S/
                                               BRIAN M. FELDMAN
                                               Assistant United States Attorney
                                               86 Chambers Street, Room 609
                                               New York, New York  10007
                                               Tel. No.:  (212) 637-2777

TO:    Amanda Gray, Esq.
         BRETZ & COVEN, LLP
         305 Broadway, Suite 100
         New York, New York 10007