MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
COLLIGNON, Daniele (A14-885-673),

    Plaintiff,

v.

ANDREA QUARANTILLO, New York District
Director of the United States Citizenship and
Immigration Services,

    Defendant.
-------------------------------------------------------- x

Civ. No. 07 CV 6171 (GBD)

ECF Case

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on or about August 31, 2001, plaintiff Daniele Collignon (A14-885-673) ("Collignon"), submitted an application for naturalization (the "Application") to the United States Citizenship and Immigration Service ("USCIS");

WHEREAS, on or about March 11, 2004, USCIS issued a decision (the "Denial Decision") denying Collignon's Application;

WHEREAS, on or about April 9, 2004, Collignon appealed the Denial Decision (the "Appeal");

WHEREAS, on or about July 2, 2007, Collignon filed the above-captioned complaint seeking to compel defendant (the "Government") to decide her Appeal;

WHEREAS, the Government is presently considering the Appeal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Collignon and the Government as follows:

1. This complaint is hereby withdrawn from active consideration by this Court.

2. Collignon may reinstate this complaint if, after ninety (90) days of the date of the entry of this Stipulation and Order, USCIS does not decide the Appeal.

3. In order to reinstate this complaint, Collignon must file a written notice of reinstatement with the Court and serve such notice upon the undersigned United States Attorney on or before December 28, 2007.

4. If Collignon does not reinstate the complaint, or if service is not effected in accordance with the deadline set forth in paragraph 3 above, the complaint shall be deemed dismissed with prejudice and without costs or attorney's fees incurred to date, pursuant to Federal Rule of Civil Procedure 41(a).

Dated: New York, New York
September 12, 2007

BRETZ & COVEN, LLP
Attorney for Plaintiff Collignon

By: _____
AMANDA GRAY
305 Broadway, Suite 100
New York, New York 10007
Telephone No. (212) 267-2555

Dated: New York, New York
September 12, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
BRIAN M. FELDMAN
80 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2777
Facsimile No. (212) 637-2717

2

SO ORDERED: SEP 1 3 2007

_____
George B. Daniels
U.S.D.J.
HON. GEORGE B. DANIELS